**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR36** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUAN RAMOS-RAMOS and** | ) | |
| **NELLIE CAMPOS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motions of defendants Juan Ramos-Ramos (Ramos-Ramos) and Nellie Campos (Campos) for an extension of the pretrial motion deadline. The motion was made during their arraignment on the Indictment on January 29, 2009. The government had no objection to the motion. Both defendants acknowledged the additional time needed for their motion would be excluded under the calculations under the Speedy Trial Act. The oral motions were granted.

**IT IS ORDERED:**

1. Ramos-Ramos's and Campos's motions for an extension of time to file pretrial motions is granted. The defendants shall have **to on or before March 5, 2009**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from January 29, 2009 and March 5, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge